```
                                          FILED
                                     U.S. DISTRICT COURT
                                    DISTRICT OF MARYLAND

                                        2000 NOV -6  P 2:50
```

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
## NORTHERN DIVISION

| | |
|---|---|
| BRASSICA PROTECTION PRODUCTS LLC ) <br> and JOHNS HOPKINS UNIVERSITY ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CHAU MINH DO, ) <br> d/b/a VEG-PACK ) <br> ) <br> Defendant. ) | Civil Action No. WMN00-2950 |

## STIPULATION

Plaintiffs, Brassica Protection Products LLC and Johns Hopkins University, by the undersigned counsel and Defendant Chau Minh Do, in proper person, hereby stipulate and agree that the time for the Defendant Chau Minh Do to move, plead or otherwise respond to the Complaint be and is hereby extended to and including December 6, 2000.

_____  _____
Chau Minh Do, In Proper Person    Paul Mark Sandler
                                  Federal Bar No. 0014

                                  _____
                                  William Michael Mullen
                                  Federal Bar No. 11015

                                  Freishtat & Sandler
                                  201 E. Baltimore Street
                                  Suite 1500
                                  Baltimore, MD 21202
                                  (410) 727-7740

Counsel for Plaintiffs

Of Counsel:

E. Anthony Figg
Joseph A. Hynds
Rothwell, Figg, Ernst & Manbeck, P.C.
Suite 701 East Tower
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 783-6040

Approved this __6th__ day of November, 2000.

_____
William N. Nickerson, United States
District Judge